# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNI SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>U LOCK INC. a/k/a U-LOCK INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-904 |

## IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS

All telephonic proceedings will be held via the AT&T dial-in numbers listed below.

**Dial in phone number: 888-363-4734**
**Access Code: 1657672**

s/ *Robert J. Colville*
Robert J. Colville
United States District Judge