AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U Lock Inc

was received by me on *(date)*     July 15 2021     .

❏ I personally served the summons on the individual at *(place)*

_____     on *(date)* _____     ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     George Snyder     , who is

designated by law to accept service of process on behalf of *(name of organization)*     U Lock Inc

on *(date)*     July 15 2021     ; or

❏ I returned the summons unexecuted because _____ ; or

X Other *(specify):*     **business establishment, person in charge, stated authorized to accept.**
**July 15 2021 at 3:45 p.m.**

My fees are $     60.00     for travel and $ _____     for services, for a total of $     60.00     .

I declare under penalty of perjury that this information is true.

Date:     7/15/2021

*Katrina Mycka*
_____
*Server's signature*

*Katrina Mycka*
_____
*Printed name and title*

14039 Oakview Dr Mckeesport
_____
*Server's address*
PA 15131

Additional information regarding attempted service, etc: