IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNI SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **2:21-cv-00904-RJC** |
| v. ) | |
| ) | |
| U LOCK INC., also known as ) | |
| U-LOCK INC., ) | |
| ) | |
| Defendant. ) | |

To the Clerk:

Plaintiff hereby requests the Clerk of this honorable Court to enter a defaut against the Defendant, U Lock Inc.  Defendant was served with the summons and Complaint on July 15, 2021, pursuant to Federal Rule of Civil Procedure 4(h)(1)(B).  Defendant's answer or responsive pleading was due August 5, 2021.  Defendant has failed to file any response.

Dated this 21st day of August, 2021.

CLERK'S ENTRY OF DEFAULT

Date: 8/24/2021

*Katie Hall*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis

　　　/s/ *Shanni Snyder*　　　
Shanni Snyder
14390 Route 30
North Huntingdon PA  15642

PLAINTIFF

CERTIFICATE OF SERVICE

    I, Shanni Snyder, certify that I mailed a true and correct copy of the foregoing on this 21st day of August, 2021, by First Class Mail to:

U Lock Inc.
U-Lock Inc.
14140 Route 30
North Huntingdon PA  15137

                                                  */s/ Shanni Snyder*
                                               Shanni Snyder