**United States District Court**
*Western District of Pennsylvania*
*8370 U.S. Post Office and Courthouse*
*Pittsburgh, Pennsylvania 15219*

*Chambers of*                                                                          *Telephone: 412-208-7410*
**Judge Robert J. Colville**                                                 *FAX:  412-208-7309*

*September 1, 2021*

*Shanni Snyder*
*14390 Route 30*
*North Huntingdon, PA 15642*

*Re:*    *Shanni Snyder V. U Lock Inc a/k/a U-Lock Inc.*
         *Civil Action No. 21-904*

*Dear Mr./Ms. Snyder,*

      *The Court record indicates that service was made on defendant in the above captioned matter on July 15, 2021 (Document No. [8]) and Clerk's Entry of Default was entered on August 24, 2021.  As of today, however, no other filings have since been made in this matter.  You are therefore instructed file a motion for default judgment against defendant no later than* **September 15, 2021**.  *Failure to do so may result in the dismissal of this action for failure to prosecute.*

      *If you have any questions regarding this matter, contact me as soon as possible.*

                                      *Sincerely,*

                                      *s/John Galovich, Deputy Clerk*
                                      *to Judge Robert J. Colville*

*cc:*    *Shanni Snyder*
         *14390 Route 30*
         *North Huntingdon, PA 15642*
         *(via regular mail)*

         *U Lock Inc. a/k/a U-Lock Inc.*
         *14140 Route 30*
         *North Huntingdon, PA 15642*
         *(via regular & certified mail)*