IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SHANI SNYDER, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil Action No. 21-904 |
| v. | ) | Judge Robert J. Colville |
| | ) | |
| U-LOCK INC., a/k/a U-LOCK, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## **ORDER**

AND NOW, this 27th day of September, 2021, upon consideration of Plaintiff's Motion for Default Judgment [12] filed in the above-captioned matter on September 15, 2021 and the Clerk's Entry of Default having been entered on August 24, 2021 [10],

IT IS HEREBY ORDERED that a Hearing, Argument, and taking of evidence and/or testimony regarding said Motion and the determination of damages pertaining to Plaintiff's Motion for Default Judgment is scheduled in the above captioned matter for **October 18, 2021 at 1:00 p.m.** in Courtroom 8C of the Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.  Presence of any counsel for and representatives of Defendant at this Hearing is required.

It is so ordered.

*s/ Robert J. Colville*
United States District Judge

*cc:*  Shanni Snyder
14390 Route 30
North Huntingdon, PA 15642
(via regular mail)

U Lock Inc. a/k/a U-Lock Inc.
14140 Route 30
North Huntingdon, PA 15642
(via regular & certified mail)