IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNI SNYDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 2:21-cv-00904-RJC ) |
| U LOCK INC., also known as U-LOCK INC., | ) ) ) ) |
| Defendant. | ) ) |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** October 18, 2021
**Time:** 1:00 p.m. – 1:20 p.m.
**Type of Conference:** Motion Hearing
**Reporter:** Karen Earley
**Deputy Clerk/Law Clerk:**  Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

| **Plaintiff** | **Counsel For Defendant** |
|---|---|
| Shanni Snyder, Pro Se | None, with no representative appearing for Defendant |

**WITNESSES:**

| For Plaintiff | For Defendant |
|---|---|
| (1) Plaintiff | None |

**Orders, Remarks, Instructions**

- The Court convenes a Hearing to address Plaintiff's Motion for Default Judgment [12]; Court recounts the procedural background of the case; Plaintiff, who is proceeding pro se, enters appearance; Court notes that no representative from, or counsel for, the Defendant is present for the hearing; Court cites legal standard; Court notes that it has reviewed the entire record prior to the hearing; law clerk administers oath to Plaintiff; Plaintiff testifies; Court finds that default judgment is appropriate and explains reasoning; Order entering default judgment in Plaintiff's favor and against Defendant to be entered.