IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNI SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **2:21-cv-00904-RJC** |
| v. | ) |
| | ) |
| U LOCK INC., also known as | ) |
| U-LOCK INC., | ) |
| | ) |
| Defendant. | ) |

**PRAECIPE PURSUANT TO FED. R. CIV. P. 58(d) TO ENTER JUDGMENT**

To the Clerk:

Plaintiff hereby requests, pursuant to Fed. R. Civ. P. 58(d) that the Clerk of this honorable Court to enter judgment on a separate document in accordance with the Order of October 18, 2021, Entry 15, in her favor and against defendant in the amount of $131,351.00 in unpaid wage; $131,351.00 in liquidated damages, and costs in the amount of $402.00 for a total of $263,104.00, along with post-judgment interest.

Dated this 21st day of August, 2021.

                                                      */s/ Shanni Snyder*
                                                      Shanni Snyder
                                                      14390 Route 30
                                                      North Huntingdon PA  15642

                                                      PLAINTIFF

CERTIFICATE OF SERVICE

    I, Shanni Snyder, certify that I mailed a true and correct copy of the foregoing on this 14th day of November 2021, by First Class Mail to:

U Lock Inc.
U-Lock Inc.
14140 Route 30
North Huntingdon PA  15137

                                                                  /s/ Shanni Snyder
                                                                  Shanni Snyder