IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHANNI SNYDER,                          )
                          Plaintiff,    )
                    vs.                 )      Civil Action No. 2:2021cv00904
                                        )
U LOCK INC. a/k/a U-LOCK INC.,          )      Misc.
                                        )
                          Defendant.    )

## PRAECIPE FOR WRIT OF EXECUTION

TO:  Clerk, U.S. District Court


Please issue a Writ of Execution in the above matter;

1.  against  U Lock Inc. a/k/a U-Lock Inc.

2.  and index this Writ:

    a.  against  U Lock Inc. a/k/a U-Lock Inc.

3.  Amount Due: $262,702.00

    Service Costs:

    Clerk of U.S. District Court: $402.00

    Total Due: $263,102.00

             Post-judgment interest at 6%:  $1513.74

                    BY:  _/s/ Shanni Snyder_____
                         ATTORNEYS FOR PLAINTIFF



CERTIFICATE OF SERVICE

I, Shanni Snyder, certify that I mailed a true copy
of the foregoing upon U Lock Inc. a/k/a U-Lock Inc.,
14140 Route 30, North Huntingdon PA  15642 on this
21st day of November, 2021, by First Class Mail.

/s/ Shanni Snyder

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHANNI SNYDER,                      )
                    Plaintiff,      )
                                    )
          v.                        )     Civil Action No. 2:2021cv00904
U LOCK INC. a/k/a U-LOCK INC.,      )
                                    )
                    Defendant.      )

## WRIT OF EXECUTION

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA

To the United States Marshal for the Western District of
Pennsylvania:

To satisfy the Judgment, interest and costs against_____U LOCK INC. a/k/a
U-LOCK INC.
_____

Defendant:

　　　　(1) You are directed to levy upon the property of the defendant
　　　　　　to sell his interest therein;

　　　　(2) You are further directed to levy upon and sell all other
　　　　　　real and personal property belonging to the Defendant and
　　　　　　situate within this jurisdiction.

Amount due      $ 262,702.00

Interest        $  1513.74

Costs           $   402.00

Plus costs of execution
of this writ

_____
CLERK

DATED:                          _____
                                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHANNI SNYDER                      )
                                   )
                  Plaintiff        )        Miscellaneous No.
U LOCK INC. a/k/a U-LOCK INC.,     )
            vs.                    )        Civil Action No. 2:2021cv00904
                                   )
                  Defendant        )
                                   )

## CLAIM FOR EXEMPTION

To the United States Marshal:

     I, the above-named defendant claim exception of property from levy or attachment:

     (1)    From my real or personal property in my possession which has been levied upon, I claim the following exemption (specify the property and basis for exemption):

           _____

     (2)    From my property which is in the possession of a third party, I claim the following exceptions.

         (a)    Social Security benefits on deposit in the amount of $ _____;

         (b)    Other (specify amount and basis of exemption):

           _____;

     I request a prompt court hearing to determine the exemption.  Notice of the hearing should be given to me at:

_____        _____
          (ADDRESS)                             (TELEPHONE NO.)

I verify that the statements made in this Claim for Exemption are true and correct. I understand that false statements herein are made subject to penalties of 18 U.S.C. §1001 relating to unsworn falsification to authorities.


DATE: _____

DEFENDANT:_____

THIS CLAIM TO BE FILED WITH
THE OFFICE OF THE UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

241 U.S. Post Office and Courthouse
Pittsburgh, PA 15219
(412) 644-3351