IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANNI SNYDER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:2021cv00904 |
| **U LOCK INC. a/k/a U-LOCK INC.,** | ) |
| Defendant. | ) |

<u>WRIT OF EXECUTION</u>

UNITED STATES OF AMERICA
WESTERN DISTRICT OF PENNSYLVANIA

To the United States Marshal for the Western District of Pennsylvania:

To satisfy the Judgment, interest and costs against U LOCK INC. a/k/a U-LOCK INC.

Defendant:

 (1) You are directed to levy upon the property of the defendant to sell his interest therein;

 (2) You are further directed to levy upon and sell all other real and personal property belonging to the Defendant and situate within this jurisdiction.

| | |
|---|---|
| Amount due | $ 262,702.00 |
| Interest | $ 1513.74 |
| Costs | $ 402.00 |

Plus costs of execution of this writ

Joshua C. Lewis
CLERK

Karen Sawdy
DEPUTY CLERK

DATED: November 22, 2021

