IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNI SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:21-cv-00904-RJC** |
| v. | ) | |
| | ) | |
| U LOCK INC., also known as | ) | |
| U-LOCK INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PRAECIPE FOR ABSTRACT OF JUDGMENT**

To the Clerk:

Pursuant to 28 USC 3201, Plaintiff hereby requests the Clerk of this Honorable Court to provide an abstract of judgment in the form attached, or in a similar form.

Dated this 12th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　  /s/ Shanni Snyder  
　　　　　　　　　　　　　　　　　　　　Shanni Snyder  
　　　　　　　　　　　　　　　　　　　　14390 Route 30  
　　　　　　　　　　　　　　　　　　　　North Huntingdon PA  15642  

　　　　　　　　　　　　　　　　　　　　PLAINTIFF

CERTIFICATE OF SERVICE

    I, Shanni Snyder, certify that I mailed a true and correct copy of the foregoing on this 12th day of December 2021, by First Class Mail to:

U Lock Inc.
U-Lock Inc.
14140 Route 30
North Huntingdon PA  15642

                                                  */s/ Shanni Snyder*
                                                  Shanni Snyder